IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH DYER,

    *Plaintiff,*

v.

STEWARD CARNEY HOSPITAL, INC;
STEWARD HEALTH CARE SYSTEM, LLC;
MICHAEL REILY, M.D.; ZACHARY
CROSSEN; and THUAN LAI;

    *Defendants.*

No. 17-cv-11452-DJC

~~[proposed]~~ 2/20 ORDER REGARDING THE SHARING OF CORI INFORMATION AMONGST THE PARTIES

To the extent any of the parties have obtained CORI information pertaining to Joseph Dyer during the course of discovery in this case, each such party is hereby authorized to disclose the CORI information with counsel for the other parties. *That information may only be used in connection with this proceeding.* /JCB/

Dated: February 13, 2020

By the Court,

/s/ Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS