UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH DYER, )
*Plaintiff*, )
)
)
v. ) C.A. No.: 1:17-CV-11452
)
STEWARD CARNEY HOSPITAL, INC.; )
STEWARD HEALTH CARE SYSTEM, LLC; )
MICHAEL REILY, M.D.; )
ZACHARY CROSSEN; AND )
THUAN DUC LAI )
*Defendants.* )

## ORDER FOR PRODUCTION OF MEDICAL RECORDS

It is hereby Ordered that the Keeper of Records of Charlton Memorial Hospital, furnish Attorney Rebecca L. Dalpe, Foster & Eldridge, LLP, 300 Trade Center, Suite 2610, Woburn, MA 01801, attorney for the Defendants, Steward Carney Hospital, Inc., Steward Health Care System, LLC, and Michael Reily, M.D., the complete, original and any copies of medical records for **JOSEPH DYER; DATE OF BIRTH:**            ; the documents are to include, but not be limited to all current medical files/folders' all prior, old and/or closed medical files; all records of examination and treatment; all correspondence files; all notes on inpatient admissions; all notes on clinic visits; all notes on outpatient visits; all notes on office visits; all messages; all nurses notes; all physician service notes; all medication records; all laboratory tests and results; all records from facilities/persons other than you/yours; all correspondence from facilities/persons other than you/yours; all surgical records; all consultations; all referrals; all evaluations; all photographs and/or radiological materials; all authorizations for release of records; all other writings, notes, memoranda, relating in any way to **JOSEPH DYER** with the exception of any and all records relating to drug and alcohol abuse testing, evaluation and treatment, Mental Health information consisting of, but not limited to, any and all notes, records, and reports of psychotherapy, diagnosis, evaluation and treatment, and any information regarding Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS) or any sexually transmitted disease, kept by the Keeper of Records, such records being kept subject to the provisions of Chapter 111, General laws, and being admissible under the provisions of General Laws, Chapter 233, Section 79 upon payment of a reasonable fee within thirty (30) days of this Order.

By the Court:

Date: April 23, 2021    X    *Denise J. Casper*
                             ~~Commonwealth of Massachusetts~~
                             U.S. District Judge