UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH DYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 17-cv-114522-DJC |
| | ) |
| ZACHARY CROSSEN, and | ) |
| THUAN LAI, | ) |
| | ) |
| Defendants. | ) |
| | ) |

SPECIAL JURY VERDICT FORM

We, the jury, find:

**42 U.S.C. § 1983 Claim – Excessive Use of Force (Count I)**

1.  Did Plaintiff Joseph Dyer prove by a preponderance of the evidence that Defendant
    Zachary Crossen subjected him to excessive use of force in violation of 42 U.S.C.
    § 1983 on May 13, 2015?

    **Yes ___      No √**

2.  Did Plaintiff Joseph Dyer prove by a preponderance of the evidence that Defendant
    Thuan Lai subjected him to excessive use of force in violation of 42 U.S.C. § 1983
    on May 13, 2015?

    **Yes ___      No √**

**42 U.S.C. § 1983 Claim – Unreasonable Search (Count II)**

3.  Did Plaintiff Joseph Dyer prove by a preponderance of the evidence that Defendant
    Zachary Crossen subjected him to an unreasonable search in violation of 42 U.S.C.
    § 1983 on May 13, 2015?

1

Yes \_\_\_        No ✓

4.    Did Plaintiff Joseph Dyer prove by a preponderance of the evidence that Defendant Thuan Lai subjected him to an unreasonable search in violation of 42 U.S.C. § 1983 on May 13, 2015?

Yes \_\_\_        No ✓

## 42 U.S.C. § 1983 Claim – Substantive Due Process (Count V)

5.    Did Plaintiff Joseph Dyer prove by a preponderance of the evidence that Defendant Zachary Crossen deprived him of substantive due process in violation of 42 U.S.C. § 1983 on May 13, 2015?

Yes \_\_\_        No ✓

6.    Did Plaintiff Joseph Dyer prove by a preponderance of the evidence that Defendant Thuan Lai deprived him of substantive due process in violation of 42 U.S.C. § 1983 on May 13, 2015?

Yes \_\_\_        No ✓

## Civil Conspiracy Claim (Count VI):

7.    Did Plaintiff Joseph Dyer prove by a preponderance of the evidence that Defendant Zachary Crossen conspired to violate the Plaintiff's constitutional rights?

Yes \_\_\_        No ✓

8.    Did Plaintiff Joseph Dyer prove by a preponderance of the evidence that Defendant Thuan Lai conspired to violate the Plaintiff's constitutional rights?

Yes \_\_\_        No ✓

## Intentional Infliction of Emotional Distress Claim (Count VIII):

9.    Did Plaintiff Joseph Dyer prove by a preponderance of the evidence that Defendant Zachary Crossen intentionally inflicted emotional distress on him?

Yes \_\_\_        No ✓

10.    Did Plaintiff Joseph Dyer prove by a preponderance of the evidence that Defendant Thuan Lai intentionally inflicted emotional distress on him?

Yes _____          No ✓

**Assault and Battery, Indecent Assault and Battery, and Related Charges (Count X):**

11.    Did Plaintiff Joseph Dyer prove by a preponderance of the evidence that Defendant Zachary Crossen committed assault and battery or indecent assault and battery?

Yes _____          No ✓

12.    Did Plaintiff Joseph Dyer prove by a preponderance of the evidence that Defendant Thuan Lai committed assault and battery or indecent assault and battery?

Yes _____          No ✓

*(If you answered "yes" to one or more of Questions 1 through 12 above as to one or more of the Defendants, go on to Question 13 on the next page.  If you answered "no" to all Questions 1 through 12, skip Question 13 on the next page and have the foreperson sign and date this form).*

**Damages:**

13.    What damages, if any, do you award to Plaintiff Joseph Dyer in this case?

$\underline{\hspace{6cm}}$ (write any amount in figures)

$\underline{\hspace{6cm}}$ (write any amount in words)

The undersigned foreperson of the jury hereby certifies that the members of the jury agree to the above findings.

<u>5/4/23</u>
DATE

<u> </u>
FOREPERSON'S SIGNATURE

4